**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

AMBER HICKEY, *et al.*,

                            Plaintiffs,

                                                      1:26-CV-989
            v.                                        (MAD/DJS)

ASH MANAGEMENT, LTD., *et al.*,

                            Defendants.

_____

## ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455.  Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case pursuant to 28 U.S.C. § 455; and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to

- 1 -

this action in accordance with Local Rules.

      **IT IS SO ORDERED**.

Dated:    June 23, 2026
           Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

- 2 -